UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

WILEY MAYES,

        Plaintiff,                  Case No. 1:24-cv-944

v.                                       Honorable Ray Kent

HEIDI WASHINGTON et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915A and 42 U.S.C. § 1997e(c).

Dated:  March 7, 2025                       /s/ Ray Kent
                                                          Ray Kent
                                                          United States Magistrate Judge